## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiff

vs.

DRM MARKETING LLC

      Defendant.

Case No. 2:26-cv-00535-AJS

### AFFIDAVIT OF ANTHONY PARONICH IN
### SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

Anthony Paronich, being duly sworn, deposes and states as follows:

1.       I am an attorney at the law firm of Paronich Law, P.C. in the Commonwealth of Massachusetts.  My business address is 350 Lincoln Street, Suite 2400, Hingham, Massachusetts 02043.

2.       I submit this declaration pursuant to Local Rule of Civil Procedure 83.5.2(b) in support of the motion for my admission to appear *pro hac vice* on behalf of Plaintiff in this matter. I also have read the most recent edition of the Pennsylvania Rules of Professional

Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought.

3.    I am a member in good standing of the Bar of the Commonwealth of Massachusetts.  I was admitted to practice by the Supreme Judicial Court of Massachusetts on November 23, 2010, and my bar number is 678437.

4.    Additionally, I am admitted to practice in the following federal district courts:

| Court: | Date of Admission: | Status: |
|---|---|---|
| United States District Court for the District of Massachusetts | January 25, 2011 | active and in good standing |
| United States District Court for the Eastern District of Michigan | May 2, 2014 | active and in good standing |
| United States District Court for the Southern District of Indiana | July 10, 2019 | active and in good standing |
| United States District Court for the Western District of Wisconsin | October 9, 2014 | active and in good standing |
| United States District Court for the Northern District of Illinois | July 11, 2018 | active and in good standing |

5.    I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6.    Accordingly, I respectfully request the Court grant my *pro hac vice* application to appear as counsel on behalf of Plaintiff.

7.      I am a registered CM/ECF user in this District.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct to the best of my current knowledge.

Executed at Hingham, MA, on April 1, 2026.

_____
Anthony Paronich