**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | : : : : | Civil File No. 26-cv-325 |
| Plaintiff, | : : : | |
| v. | : : : | |
| DRM MARKETING LLC | : : : : | |
| Defendant. | : : | |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.


SIGNED THIS _____ DAY OF _____, 2026.


_____
United States District Judge