**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

STEWART ABRAMSON, individually and
on behalf of a class of all persons and entities
similarly situated,

        Plaintiff,                       Case No. 2:26-cv-00535-KT

v.

DRM MARKETING LLC,

        Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to the Practices and Procedures of Magistrate Judge K. Taylor Rule III(A)(5), LCvR 7, and Fed. R. Civ. P. 6(b), Defendant DRM Marketing LLC, through undersigned counsel, moves for an extension of time until Tuesday, May 26, 2026, to respond to Plaintiff's Complaint (D.E. 1), and state as follows:

1.      On April 1, 2026, Plaintiff Stewart Abramson filed his Complaint (D.E. 1).

2.      Defendant DRM Marketing LLC was served with the Summons and Complaint.

3.      Defendant reached out to Plaintiff's counsel to seek an extension of time until Tuesday, May 26, 2026, to file a response to the Complaint. And Plaintiff's counsel agrees to the requested extension for Defendant to respond to the Complaint by Tuesday, May 26, 2026.

4.      Defendant's counsel requires additional time to meet with its client and review the relevant documentation and factual allegations in the Complaint, analyze the claims to formulate defenses to be included in the responsive pleadings, and conduct substantive legal research on the case law and statutes cited in the Complaint.

5.      No party will be prejudiced by the requested extension of time.

6.      Defendants do not waive any objections or defenses by moving of an extension of time to respond to the Complaint (and, for the avoidance of doubt, Defendants preserve all defenses, including the defense of lack of personal jurisdiction).

**WHEREFORE**, Defendant DRM Marketing LLC respectfully requests this Court grant this Motion and enter an Order providing that Defendant shall respond to the Complaint by Tuesday, May 26, 2026.

<u>**CERTIFICATE OF GOOD FAITH CONFERRAL**</u>

Defendant DRM Marketing LLC herein certifies that counsel for the parties conferred in good faith on April 27, 2026, and that Plaintiff Abramson's counsel has agreed to the response date of Tuesday, May 26, 2026.

Dated: May 4, 2026                    Respectfully submitted,

By:*/s/ Edward J. McKee*
**Edward J. McKee**
Pennsylvania Bar No. 316721
**GREENSPOON MARDER LLP**
1690 Sumneytown Pike Suite 250
Lansdale, PA 19446
754-200-7081
Email: edward.mckee@gmlaw.com

**Jeffrey Gilbert**
**(Pro Hac Vice to be Filed)**
Florida Bar No. 375411
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761
Email 1: jeffrey.gilbert@gmlaw.com
Email 2: melissa.fernandez@gmlaw.com

*Attorneys for Defendant DRM Marketing LLC*

2

## CERTIFICATE OF SERVICE

WE HEREBY CERITFY that on May 4, 2026, a copy of the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By:/s/ Edward J. McKee
**Edward J. McKee**
Pennsylvania Bar No. 316721

3