**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

STEWART ABRAMSON, individually and
on behalf of a class of all persons and entities
similarly situated,

              Plaintiff,                            Case No. 2:26-cv-00535-KT

v.

DRM MARKETING LLC,

              Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter came before the Court upon Defendant DRM Marketing LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and this Court, having reviewed the motion and relevant filings, ORDERS as follows:

1.      The Unopposed Motion for Extension of Time to Respond to the Complaint is **GRANTED.**

2.      Defendant DRM Marketing LLC's response is due on or before **Tuesday, May 26, 2026.**

**DONE** this _____ day of May, 2026.

                                  _____

                                  Hon. Kezia O. L. Taylor
                                  United States Magistrate Judge