## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Stewart Abramson                     )

                                     )    Civil Action No. _2:26-cv-00535-KT_

                                     )

            vs.                      )         or

DRM Marketing LLC                    )

                                     )    Criminal Action No. _____

                                     )

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ ,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for DRM Marketing, LLC _____ , in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

07/02/2026                              /s/Edward J. McKee

Date                                    Signature of Attorney or Litigant