**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

STEWART ABRAMSON, individually and
on behalf of a class of all persons and entities
similarly situated,

               Plaintiff,                         Case No. 2:26-cv-00535-KT

v.

DRM MARKETING LLC,

               Defendant.

_____/

## MOTION FOR ADMISSION PRO HAC VICE OF JEFFREY GILBERT

Jeffrey Gilbert, Esq. of Greenspoon Marder LLP, counsel for Defendant, DRM Marketing LLC, hereby moves that Jeffrey Gilbert, Esq of Greenspoon Marder LLP, be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions date May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Jeffrey Gilbert, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated July 8, 2026

                               Respectfully submitted,

                               By:*/s/ Jeffrey Gillbert*
                               **JEFFREY GILBERT**
                               **(Pro Hac Vice Admission Requested)**
                               Florida Bar No. 375411
                               **GREENSPOON MARDER LLP**
                               600 Brickell Avenue, 36th Floor
                               Miami, FL 33131
                               Direct Phone Number: 305-789-2761
                               Email 1: jeffrey.gilbert@gmlaw.com
                               Email 2: melissa.fernandez@gmlaw.com
                               *Attorneys for Defendant DRM Marketing LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERITFY that on July 8, 2026, a copy of the foregoing document was emailed to counsel of record. This Motion will later be filed with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/*Jeffrey Gilbert*
**JEFFREY GILBERT**