**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

STEWART ABRAMSON, individually and
on behalf of a class of all persons and entities
similarly situated,

    Plaintiff,         Case No. 2:26-cv-00535-KT

v.

DRM MARKETING LLC,

    Defendant.

_____/

**AFFIDAVIT OF JEFFREY GILBERT IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I Jeffrey Gilbert, Esq., of Greenspoon Marder LLP, make this affidavit in support of the Motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant DRM MARKETING, LLC, pursuant to LCvR 83.2, LCvR 83.3, and LCvR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2026 (Misc. No. 06-151)

I, Jeffrey Gilbert, being duly sworn, do hereby depose and say as follows:

1.  I am a Partner at Greenspoon Marder LLP.

2.  My business address is 600 Brickell Avenue, Suite 3600 Miami, FL 33131.

3.  I am a member in good standing of the Florida Bar since 1983.

4.  My Bar Identification number is 375411.

5.  A current certificate of good standing from the Florida Bar is attached to this Affidavit as Exhibit A.

6.  I do not have any previous disciplinary proceedings concerning my practice of law that

resulted in a non-confidential negative finding or sanction by the disciplinary authority of the Bar of any State or any United States Court.

7.  I attest that I am a registered user of ECF in the United States District Court of the Western District of Pennsylvania.

8.  I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.  Based upon the foregoing, I respectfully request that I be granted Pro Hac Vice Admission in this matter.

**I CERTIFY AND ATTEST** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made herein are false, then I am subject to punishment.

Dated June 30, 2026

Jeffrey Gilbert, Esq.
GREENSPOON MARDER LLP

2

# **<u>EXHIBIT A</u>**



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon    )

In Re:  0375411
Jeffrey Carl Gilbert
Greenspoon Marder LLP
600 Brickell Ave Ste 3600
Miami, FL 33131-3073

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 28, 1983**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this _8th_ day of **July, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-422065