**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>DRM MARKETING LLC<br><br>       Defendant. | Case No. 2:26-cv-00535 |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, TO PERMIT REMOTE APPEARANCE**

Plaintiff Stewart Abramson and Defendant DRM Marketing LLC, by and through their respective counsel, jointly move the Court to continue the Initial Case Management Conference presently scheduled for August 3, 2026, at 10:00 a.m., or, in the alternative, permit the parties to appear remotely via Zoom. In support thereof, the parties state as follows:

1. On June 29, 2026, the Court entered an Order scheduling the Initial Case Management Conference for August 3, 2026, at 10:00 a.m., in Courtroom 7B of the Joseph F. Weis, Jr., United States Courthouse in Pittsburgh, Pennsylvania.

2. Counsel for both parties have prior conflicts that prevent them from attending the conference in person on the scheduled date.

3. The parties have conferred regarding this issue and jointly request that the Court either continue the conference to a date convenient for the Court or, if the Court prefers, permit counsel to appear remotely via Zoom.

4. This request is made jointly, in good faith, is not sought for purposes of delay, and will not prejudice any party.

WHEREFORE, the parties respectfully request that the Court either continue the Initial Case Management Conference to a later date convenient to the Court or, alternatively, permit counsel to appear remotely via Zoom, together with such other relief as the Court deems just and proper.

Dated: July 25, 2026

Plaintiff,
By Counsel,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

*Attorney for Plaintiff and the Proposed Class*

Defendant,
By Counsel,

*/s/ Jeffrey Gilbert*_____
Jeffrey Gilbert, *Pro Hac Vice*
Greenspoon Marder LLP
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761
jeffrey.gilbert@gmlaw.com
melissa.fernandez@gmlaw.com

2

Edward Joseph Mckee (PA Bar No. 316721)
Greenspoon Marder LLP
1690 Sumneytown Pike, Suite 250
Lansdale, PA 19446
754-200-7081
edward.mckee@gmlaw.com

*Attorneys for Defendant DRM Marketing LLC*