**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>DRM MARKETING LLC<br><br>       Defendant. | Case No. 2:26-cv-00535 |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of the parties' Joint Motion to Continue Initial Case Management Conference or, in the Alternative, to Permit Remote Appearance, it is hereby ORDERED that the Motion is **GRANTED**.

The Initial Case Management Conference presently scheduled for August 3, 2026, at 10:00 a.m. is hereby CONTINUED to _____, at _____ __.m.

Alternatively, if the conference remains scheduled for August 3, 2026, at 10:00 a.m., counsel for the parties are permitted to appear remotely via Zoom. The Court will provide counsel with the necessary connection information in advance of the conference.

BY THE COURT:

_____
United States District Judge