UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**STEWART ABRAMSON**                )
                                    )
                                    )
        v.    Plaintiff(s),          )    Civil Action No. _2:26-cv-00535-KT_____
                                    )
**DRM MARKETING LLC**               )
                                    )
                                    )
        Defendant(s).

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

_____X___ Mediation
_____ Early Neutral Evaluation (ENE)
_____ Court sponsored Binding[1] Arbitration
_____ Court sponsored Non-binding Arbitration
_____ Other (please identify process and provider) _____

_____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II.  COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration.  For that process, costs are paid by the Court in accordance with 28 USC §658.):

___50___ % by Plaintiff(s)
___50___ % by Defendant(s)
_____ % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

_____

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III.  NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Aaron S. Weiss |
| Address of Neutral: | 2 MiamiCentral, 700 NW 1st Avenue, Suite 1200 Miami, Florida  33136-4118 |
| Telephone & FAX Numbers: | Phone 305.539.7382; Fax 305.530.0055 |
| Email address of Neutral: | aweiss@carltonfields.com |
| **Date of ADR Session:** | TBD (to be conducted after close of discovery) |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV.  PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

Anthony Paronich (Pro Hac Vice)
Attorney for Plaintiff(s)

Stewart Abramson
Plaintiff(s)

_____

Corporate Representative
(Name and Title)

Jeffrey Gilbert (Pro Hac Vice)
Attorney for Defendant(s)

DRM Marketing LLC
Defendant(s)

_____

TBD
Corporate Representative
(Name and Title)

_____
Attorney for Third Party Defendant(s)

_____
Third Party Defendant(s)

_____

Corporate Representative
(Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 7/31/26

/s/ Anthony Paronich (Pro Hac Vice)

Attorney for Plaintiff(s)

Dated: 7/31/26

/s/ Jeffrey Gilbert (Pro Hac Vice)

Attorney for Defendant(s)

Rev. 4/2017