**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEWART AMBRAMSON,** *individually and on behalf of all class of all persons and entities similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**DRM MARKETING, LLC,**<br><br>Defendant. | **2:26-cv-00535** |

**INITIAL CASE MANAGEMENT CONFERENCE via VIDEO, August 10, 2026**
Before Magistrate Judge Kezia O. L. Taylor

Appearing for Plaintiff:
**Anthony I. Paronich**

Appearing for Defendant:
**Jeffrey Gilbert**
**Patricija Gegznaite**

Conference Began: 10:00 AM

Conference Ended: 10:15 AM

Adjourned to: Not applicable

Stenographer: Recorded

Clerk: N/A

**SUMMARY OF PROCEEDINGS:**

The Court held an Initial Case Management Conference on August 10, 2026. The Court held a conference with the parties on August 10, 2026. Before addressing the parties' revised Rule 26(f) Report, the Court inquired whether this case is related to several other TCPA actions filed by Plaintiff in the Western District of Pennsylvania. Plaintiff's counsel represented that Plaintiff does not believe the cases are related because each arises from a separate and independent marketing or informational calling campaign. Accordingly, Plaintiff does not believe consolidation is appropriate. Defendants noted that they do not represent the defendants in the other actions and expressed their position that this case can be resolved on an individual basis. The Court advised the parties that it had consulted with the Clerk's Office concerning whether the cases should be assigned to one or two judges and that it would follow up with the parties regarding judicial assignment.

cc (via ECF email notification):

All Counsel of Record